NO. 07-08-0074-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

SEPTEMBER 25, 2008

_____

ANTHONY DAVID DRAGER,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 57,042-E; HON. RICHARD DAMBOLD, PRESIDING

_____

***Anders Opinion***

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Anthony David Drager (appellant) appeals his conviction for conspiracy to engage in organized criminal activity. He entered an open plea of guilty and, after a hearing to the trial court on punishment, was sentenced to twenty years confinement on each count.

Appellant's appointed counsel has filed a motion to withdraw, together with an *Anders*[1] brief, wherein she certifies that, after diligently searching the record, she concluded that appellant's appeal is without merit. Along with her brief, she has filed a copy of a letter sent to appellant informing him of counsel's belief that there was no reversible error and of appellant's right to file a response *pro se.* By letter dated September 18, 2008, this court also notified appellant of his right to file his own response by October 20, 2008, if he wished to do so. Appellant has filed a response.

In compliance with the principles enunciated in *Anders,* appellate counsel discussed two potential areas for appeal including defects in the indictment and ineffectiveness of counsel. Upon her final analysis, counsel determined that no reversible error existed. Thereafter, we conducted our own review of the record along with appellant's response to assess the accuracy of appellate counsel's conclusions and to uncover any error, reversible or otherwise, pursuant to *Stafford v. State,* 813 S.W.2d 503 (Tex. Crim. App. 1991) and concluded the same.

Accordingly, the motion to withdraw is granted and the judgment is affirmed.

Brian Quinn
Chief Justice

Do not publish.

---

[1] *See Anders v. California,* 386 U.S. 738, 744-45, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).